NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-13-0002387
09-SEP-2014
12:14 PM

NO. CAAP-13-0002387

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


MARK DONNELLY and CHRISSY DONNELLY,
aka HANG 10 INVESTMENTS, LLC, Claimants-Appellants,
v.
KAHANA PARADISE, LLC; AUBERY FAMILY LIMITED PARTNERSHIP;
JEFF AUBERY, PATTY AUBERY; MERITAGE INVESTMENTS, LLC;
MICHAEL WALSH; MELINDA WALSH; ANDALUSIA ENTERPRISES, LLC
and VICTORIS SHUKEN, Respondents-Appellees


APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(S.P. NO. 10-1-0044(1))


ORDER APPROVING THE AUGUST 5, 2014
AMENDED STIPULATION FOR DISMISSAL WITH PREJUDICE
(By: Fujise, Presiding Judge, Leonard and Ginoza, JJ.)


Upon consideration of the Amended Stipulation for Dismissal with Prejudice (**Amended Stipulation**) filed on August 5, 2014, by Claimants-Appellants Mark Donnelly and Chrissy Donnelly, aka Hang 10 Investments, LLC, the papers in support, and the records and files herein,

IT IS HEREBY ORDERED that the Amended Stipulation is approved and Appeal No. CAAP-13-0002387 is dismissed. The parties shall bear their own appellate costs and fees.

DATED: Honolulu, Hawaiʻi, September 9, 2014.

Presiding Judge

Associate Judge

Associate Judge